UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REX S. GUNTHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-CV-1638-SRW |
| DONNA ANDERS, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Rex S. Gunther's complaint filed on November 4, 2025. ECF No. 1. The complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Further, Plaintiff has not filed an application to proceed in district court without prepaying fees or costs or paid the Court's $405 filing fee. Plaintiff will be directed to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **thirty (30) days** of the date of this Order. *See* 28 U.S.C. § 1915(a)(1). Because Plaintiff is proceeding without counsel, the Court will allow him the opportunity to file an amended complaint on Court-provided forms. Plaintiff has **thirty (30) days** from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's 'Prisoner Civil Rights Complaint' form.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original filing and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that Plaintiff must submit an application to proceed in district court without prepaying fees or costs or pay the full filing fee of $405 within **thirty (30) days** of the date of this Order.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 20th day of November, 2025.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE